UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   KIM ALAN SHAVER                       CASE NO. 20-10102
   5090 SAMET DR APT 2G                JUDGE BENJAMIN A. KAHN
   HIGH POINT, NC  27265

       DEBTOR

SSN(1) XXX-XX-5269                       DATE: 10/06/2020

### REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AVANT CREDIT CORP/WEBBANK<br>640 N LASALLE DR STE 535<br>CHICAGO, IL  60654 | $0.00<br>INT: .00%<br>NAME ID: 163766<br>CLAIM #: 0003 | (U) UNSECURED<br>NOT FILED<br>ACCT: 3265<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $5,031.34<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 5451<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $3,459.77<br>INT: .00%<br>NAME ID: 116268<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 8626<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $2,620.44<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 7175<br>COMMENT: |
| FORSYTH CO REGISTER OF DEEDS<br>201 N CHESTNUT ST<br>WINSTON SALEM, NC  27101-4120 | $52.00<br>INT: .00%<br>NAME ID: 119381<br>CLAIM #: 0017 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD CO TAX DEPT<br>P O BOX 3328<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 10590<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5268<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5268<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---:|---|---|---|
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $0.00<br>INT:  .00%<br>NAME ID:  166347<br>CLAIM #:  0010 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 2188<br>COMMENT: | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,010.81<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0011 | | (U) UNSECURED<br><br>ACCT: 4417<br>COMMENT:  LOWES | |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,016.10<br>INT:  .00%<br>NAME ID:  43307<br>CLAIM #:  0012 | | (U) UNSECURED<br><br>ACCT: 8366<br>COMMENT:  CREDIT ONE | |
| MERRICK BANK<br>P O BOX 9201<br>OLD BETHPAGE, NY  11804 | $0.00<br>INT:  .00%<br>NAME ID:  5146<br>CLAIM #:  0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8620<br>COMMENT: | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5268<br>COMMENT:  OC | |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 5268<br>COMMENT: | |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $2,989.75<br>INT:  .00%<br>NAME ID:  68146<br>CLAIM #:  0004 | | (U) UNSECURED<br><br>ACCT: 3000<br>COMMENT:  BARCLAYS BANK | |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,554.54<br>INT:  .00%<br>NAME ID:  161980<br>CLAIM #:  0016 | | (U) UNSECURED<br><br>ACCT: 6733<br>COMMENT:  WALMART | |
| TD BANK USA NA<br>% TARGET CREDIT SERVICES<br>P O BOX 9500<br>MINNEAPOLIS, MN  55440 | $0.00<br>INT:  .00%<br>NAME ID:  151396<br>CLAIM #:  0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 0654<br>COMMENT: | |
| **TOTAL:** | **$17,734.75** | | | |
| WENDELL WES SCHOLLANDER III ESQ<br>514 S STRATFORD RD STE 317<br>WINSTON SALEM, NC  27103 | $2,500.00 | | ATTORNEY FEE | |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/06/2020                                        OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice